HAMILTON CI
MAY 09 2023
RECEIVED BY
FOR MAILING

Attn: United States District Court Middle District of Florida
Office of the Clerk
300 North Hogan Street, Suite 9-150
Jacksonville, Florida 32202-4271

Dear Honorable Clerk

Hello, my name is Randall Spencer. I am a prisoner in the Florida Department of Corrections. My date of birth is November 15, ▓▓▓▓. My prison identification number is X53824. I wish to make you aware of the following situation.

On 2/1/23 a use of force was used on me by ("7") Seven Department of Corrections Officers: Captain Blanton, Lt. Tremble, Sargent Parks, Officer McDuffie, Officer Kirby, Officer Moots. This use of force occurred in the medical building in the hallway where a camera was mounted and did record this use of force. During this use of force Protocal was violated. The officers involved continued to apply force well after I complied with orders.

Further Lt. Tremble applied excessive force by choking me with his hand while the remaining officers used their bodies to hold me down. None of these officers did anything to stop the actions of Lt. Tremble nor did they follow protocal to report Lt. Tremble. Shortly there after I was placed in confinement and given disciplinary Refferals.

While in confinement I was moved out of my cell H1214up to H1105up. While in this cell my cellmate (whose name I don't recall) was in confinement because he also had been assualted by an officer Named Sargent Anderson while housed in F-Dorm.

my cellmate was promptly interviewed by the inspector Generals office within days of this occurance of staff abuse because it occurred on camera and his family was calling the institution. This inmate was later transferred from the institution because of this incident.

Months later I am still at the same institution with the same officers and have written grievances concerning acts of retaliation and ongoing harrassment from their associates. I wrote multiple grievances concerning the incident which took place on camera in the medical building here at Hamilton Correctional Institution on 2/1/23. My family has called repeatedly and even contacted the regional Director of the prison to no avail. Initially they did receve responses from the Chief of Staff Colonel Corbin who I'm told apologized and told them that the matter was actively being looked into and that the office of the inspector general was actively investigating the matter. Currently no one takes my family's calls. I don't understand whats going on and what the difference from my situation and the situation of my former cellmate. The two incidents were both on camera and involved staff abuse both of us were placed in confinement though I was given Disciplinary Refferals and kept around the staff involved he was placed on a van and transfered, although officer Anderson is no longer here. He is a white male and I am a black male. Both of our families were told the same thing by the same individual.

I have attempted to address these issues in ongoing request to various administrative staff,

I have written grievances both here and to central office concerning these matter and for some reason I don't get any response. The alloted time for matters concerning administrative grievances has long passed several times over. My family has contacted staff and though initially they recieved responses they are all together ignored as their calls go unanswered and messages unreplied to.

I have attempted with all my soul to address these matters properly and exhust administrative remedies so that I may rightfully obtain remedy through the court. I now see no other choice than to present the little evidence I have to you and pray for some form of relief. Though I have stopped seeing the officer who choked me on camera I am continually in contact with the others involved on a daily basis and harrassed periodically by those and other staff. I am providing you with ("5") five exhibits which are labled A-E. This incident which took place on 2/1/23, derived from the denial of a phychological emergency where I sought to speak to mental health personel but was denied that right. The denial of my rights have been documented by Mental Health personel as well as the trauma I suffer from the incident. Thank you for all your assistance in these matters.

Randall Spencer
Hamilton Correctional Inst. Annex
11419 S.W. County Rd #249
Jasper, Fl. 32052-3735