UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RANDALL SPENCER,

    Plaintiff,

v.      Case No. 3:23-cv-561-MMH-LLL

CAPTAIN BLANTON, et al.,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Randall Spencer, an inmate of the Florida penal system, filed a pro se letter (Doc. 1) dated May 9, 2023. In the letter, Spencer asserts he was subjected to excessive use of force by correctional staff in February 2023, and his grievances have been ignored.

Spencer is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. See Local Rule 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to include detailed information regarding the defendants a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests. Here, Spencer has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Spencer is further advised that he may not correspond with this Court in letter form. All requests for relief must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The **Clerk** shall send Spencer a civil rights complaint form. If Spencer chooses to refile his claims, he may do so on the enclosed form. He should not put this case number on the form because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of May, 2023.

*(signature)*
MARCIA MORALES HOWARD
United States District Judge

caw 5/12
c:
Randall Spencer, #X53824